# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNOLDS,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE GORDON, et al.,<br><br>    Defendants. | Case No. EDCV 25-2163-HDV-RAO<br><br>**ORDER DENYING AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER** |

On August 21, 2025, the Court denied Plaintiff's Motion for Temporary Restraining Order in this civil rights action. Dkt. No. 8. The Court found, *inter alia*, that Plaintiff had not raised a serious question going to the merits of the lawsuit, Plaintiff had not satisfied the requirements for requesting a temporary restraining order without written or oral notice to the adverse party, it was unclear that Plaintiff had standing to raise his claims, and Plaintiff had not demonstrated that he will suffer immediate, irreparable harm in the absence of a temporary restraining order.[1] *Id.*

Later on August 21, 2025, Plaintiff filed an Amended Motion for Temporary Restraining Order ("Amended TRO Motion"). Dkt. No. 9. The Amended TRO

---

[1] The Court does not recite the procedural history and factual allegations set forth in the Complaint, as those are contained in the Court's Order Denying Motion for Temporary Restraining Order. Dkt. No. 8.

Motion sets forth that on August 21, 2025, Defendants conducted the dealer inspections with a 100% failure rate as Plaintiff had anticipated. *Id.* at 2-3. The Amended TRO Motion is otherwise substantially the same as the original TRO Motion and does not address the issues regarding lack of standing and failure to demonstrate immediate, irreparable harm that the Court raised in its denial of the original TRO Motion. Therefore, for the same reasons as set forth in the August 21, 2025 Order Denying Motion for Temporary Restraining Order, Plaintiff's Amended Motion for Temporary Restraining Order is DENIED.

DATED: 8/25/25

HERNAN D. VERA
UNITED STATES DISTRICT JUDGE